Vicky J Currie, WSBA #24192
Currie Law Firm
1008 S Yakima Ave STE 100
Tacoma, WA 98405
253.588.9922
currielawfirm@gmail.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ARIAS PEREZ, PETRA,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, Warden of the Northwest ICE Processing Center;<br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security<br><br>Respondents. | CIVIL ACTION NO. 2:25-CV-2558<br><br>~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE |

This matter comes before the Court on Petitioner's **Unopposed Motion for Briefing Schedule**. Good cause appearing, the motion is **GRANTED**.

IT IS HEREBY ORDERED:

1. Respondents shall file a response to the Petition for Writ of Habeas Corpus no later than **fourteen (14) days after receipt of the petition by the United States Attorney's Office**.

2. Petitioner may file a reply no later than **five (5) days after Respondents' response is filed**.

~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE - 1

3. The habeas petition shall be **noted for consideration on the date Petitioner's reply is filed**, without oral argument unless otherwise ordered by the Court.

4. The Court will **retain the matter for decision** and will not refer it to a Magistrate Judge.

5. While the habeas petition is pending, Respondents shall not remove Petitioner from the United States or transfer Petitioner to another facility without providing **at least forty-eight (48) hours' notice** to Petitioner's counsel.

IT IS SO ORDERED.

DATED this 16th day of December, 2025.

_____
THE HONORABLE US DISTRICT JUDGE

~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE - 2