UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRA ARIAS PEREZ,<br><br>    Petitioner,<br><br> v.<br><br>BRUCE SCOTT, et al.,<br><br>    Respondents. | CASE NO. C25-2558JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Tiffany M. Cartwright as related to C25-5240TMC. All future documents filed in this case shall bear the case number C25-2558TMC.

//

//

//

MINUTE ORDER - 1

1 | Filed and entered this 9th day of January, 2026.

2

3 | RAVI SUBRAMANIAN
| Clerk of Court

4 | s/ Ashleigh Drecktrah
| Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2